[No. 5392–0–III.   Division Three.   January 18, 1983.]

DONALD JOHNSON, *Appellant,* v. THE STATE OF
WASHINGTON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 82–2–00247–1, James B. Mitchell, J.,
entered May 20, 1982. *Affirmed* by unpublished opinion per

Roe, C.J., concurred in by Munson and McInturff, JJ.